| FILED | | RECEIVED |
|---|---|---|
| ENTERED | | SERVED ON |
| | COUNSEL/PARTIES OF RECORD | |

NOV 1 7

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 2:13-cr-00376-JAD-GWF-1 |
| JOHNNIE RAMON HARRIS, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On November 13, 2014, this Court granted the defendant's Request to Appoint a New Attorney (doc. 45), and ordered that new counsel be appointed.

IT IS ORDERED that BRIAN J. SMITH  is appointed as counsel in place of the Federal Public Defenders Office for all future proceedings.

The Federal Public Defenders Office shall forward the file to Mr. Smith  forthwith.

DATED this 17th day of November, 2014.
Nunc Pro Tunc: November 13, 2014.

_____
UNITED STATES MAGISTRATE JUDGE