# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00376-JAD-GWF |
| vs. ) | **ORDER** |
| JOHNNIE HARRIS, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Letter Demanding Discovery (#81), filed on November 2, 2015.

Defendant filed the letter demanding discovery *pro se*. Defendant is represented by counsel. To the extent the Government has not fulfilled any discovery obligations, Defendant's counsel may file the appropriate motion. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Letter Demanding Discovery (#81) is **stricken**.

**DATED** this 5th day of November, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge