BRIAN J. SMITH, ESQ.
Nevada Bar Number 11279
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
Phone: (702) 380-8248
Fax: (702) 868-5778
Attorney for HARRIS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> JOHNNIE HARRIS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.:   2:13-cr-00376-JAD-GWF |

**DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER. EXPEDITED TREATMENT REQUESTED.**

COMES NOW, JOHNNIE HARRIS by and through his counsel BRIAN J. SMITH, ESQ. and hereby submits this Defendant's Unopposed Motion to Conduct a Pre-Plea Presentence Investigation Report and Proposed Order

DATED this 16th day of November, 2015.

                                          /s/  Brian J. Smith
                                    BRIAN J. SMITH, ESQ.
                                    Nevada Bar Number 11279
                                    9525 Hillwood Drive, Suite 190
                                    Las Vegas, Nevada  89134
                                    (702) 380-8248
                                    Attorney for Harris

## **STATEMENTS OF FACTS**

On October 2, 2013, Mr. Harris was indicted with one (1) count of Conspiracy to Distribute Controlled Substances, four (4) counts of Possession with the Intent to Distribute Controlled Substances, and one (1) count of Money Laundering Conspiracy. Trial is currently set for January 5, 2016.

The Defense has received the discovery on this matter. Given the fact that Mr. Harris might face sentencing enhancements, the parties have agreed to request a pre-plea PSR for Mr. Harris. Additionally, the parties request that the Court order its preparation.

DATED this 16th day of November, 2015.

                                                          */s/ Brian J. Smith*
                                          BRIAN J. SMITH, ESQ.
                                          Nevada Bar Number 11279
                                          9525 Hillwood Drive, Suite 190
                                          Las Vegas, NV  89134
                                          (702) 380-8248
                                          Attorney for Harris

BRIAN J. SMITH, ESQ.
Nevada Bar Number 11279
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
Phone: (702) 380-8248
Fax: (702) 868-5778
Attorney for HARRIS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> JOHNNIE HARRIS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.:   2:13-cr-00376-JAD-GWF <br><br> **<u>ORDER</u>** |

IT IS HEREBY ORDERED that the Department of Parole and Probation shall prepare a pre-plea presentence investigation report for Defendant Johnnie Harris within thirty (30) days of the date of this Order.

DATED this 17th day of November, 2015.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Law Office of Brian J. Smith, Ltd., and is a person of such age and discretion as to be competent to serve papers. That on November 16, 2015, she served an electronic copy of the above and foregoing **DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER**, by electronic service (ECF) to the persons named below and via United States Postal Service, first class mail, to the defendant:

DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROBERT A. KNIEF
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada  89101
robert.knief@usdoj.gov

JOHNNIE HARRIS
ID# 48353048
Nevada Southern Detention Center
2190 E. Mesquite
Pahrump, NV 89060

/s/ Mary Jo Fata
Employee of the
Law Office of Brian J. Smith, Ltd.

4